

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1600-15

**STEPHEN DEMOND ODOM, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL UNDER TEX. CODE CRIM. PRO. ART. 44.04(h) JEFFERSON COUNTY

*Per curiam.*

### O R D E R

A jury convicted Appellant of injury to a child in Cause No. 13-16301 in the Criminal District Court of Jefferson County. The jury assessed punishment at confinement for life. The Court of Appeals reversed the conviction, finding that the trial court erred to permit the prosecutor to question Appellant about being asked by the police to take a polygraph test, and that the testimony was harmful. *Odom v. State*, No. 09-14-00070-CR (Tex. App.–Beaumont delivered November 18, 2015)(not designated for publication). The State has filed a petition

for discretionary review which is pending before this Court.

Appellant has applied to this Court under Article 44.04(h) of the Texas Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. However, before this Court can set a reasonable bail we must have adequate information upon which to determine a reasonable amount. Appellant fails to provide adequate information. See *Montalvo v. State*, 786 S.W.2d 710 (Tex. Crim. App. 1989).

Therefore, Appellant must redraft his request for bail under Art. 44.04(h) in order for this Court to set a reasonable bail.

IT IS SO ORDERED this the 29th day of February, 2016.

DO NOT PUBLISH